AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Roy R. Kranz | Telephone: (989) 895-5712 |
| Special Agent: | Anthony Kraudelt, FBI | Telephone: (989) 892-6525 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Antonio Alphonse Garcia

Case: 1:26-mj-30048
Judge: Morris, Patricia T.
Filed: 01-28-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 27, 2026__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2242(2); Sexual Abuse<br>18 U.S.C. § 1201(a)(2); Kidnapping<br>18 U.S.C. § 1151<br>18 U.S.C. § 1153 | Defendant, an Indian, within Indian country, as defined in 18 U.S.C. §1151, that is, the Isabella Reservation,<br>COUNT 1: knowingly engaged in a sexual act with D.W., an Indian, that is, the penetration, however slight, of the genital opening of another by hand or finger with an intent to abuse, humiliate, harass, degrade, or arouse and gratify the sexual desire of any person, in violation of 18 U.S.C. §§2242(a), 1151, and 1153. COUNT 2: willfully seized, confined, kidnapped, abducted, and carried away, and held for ransom, reward, or otherwise D.W., an Indian, in violation 18 U.S.C. §§1201(a)(2); 1151, and 1153. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Anthony Kraudelt, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

_____
Judge's signature

Date: 01/28/2026

City and state: Flint, Michigan

Hon. Curtis Ivy Jr., United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
# <u>FOR ANTONIO ALPHONSE GARCIA</u>

I, Anthony Kraudelt, being duly sworn, depose and state:

1. I am a Special Agent with the FBI and have been so employed for over 20 years. During my career I have been involved in numerous investigations concerning sexual assault and kidnapping. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Antonio Alphonse Garcia committed the offenses of sexual abuse and kidnapping on or around January 27, 2026, in violation of 18 U.S.C. § 2242(2) and 18 U.S.C. § 1201(a)(2), and therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3. According to D.W., she woke up in her bedroom with her pants off after falling asleep with her pants on. This and what is described later in this affidavit led her to believe that she had been sexually assaulted. D.W. discovered her cousin,

1

Antonio Alphonse Garcia, was in her bedroom when she woke up. D.W. screamed and tried to get away from Antonio.

4. D.W. said that Antonio then trapped her in the bathroom. D.W. yelled "let me out, let me out" but Antonio forcefully kept her confined there and would not let her out.

5. Kaila Garcia, Antonio's sister, then came to the aid of D.W. According to Kaila, she tried to push Antonio out of the way of the bathroom door so that D.W. could escape. However, Antonio refused to let go of the door and hit Kaila. Kaila threatened to call the police and Antonio finally agreed to let D.W. out of the bathroom.

6. After being Mirandized and agreeing to waive Miranda and talk to the police, Antonio Alphonse Garcia made the following admissions to Officer Rabbage of the Saginaw Chippewa Tribal Police Department: a) Antonio got into the bed with D.W. who was sleeping; b) while D.W. was sleeping Antonio penetrated her vagina with his finger for approximately 11 minutes; c) D.W. woke up several times during this assault and told him to stop and to get off of her but he did not comply with her requests; d) D.W. then fully woke up and a struggle ensued; e) D.W. kicked him out of the bedroom and Antonio busted the door down with his fists to get back in; f) Antonio punched D.W. at least one time with his fist; g) Antonio grabbed D.W. and threw her in the bathroom to prevent

2

her from leaving; h) Antonio held the bathroom door shut for about 20 minutes as D.W. screamed for help; and i) Antonio held the door shut preventing her escape because he was ashamed for what he did and he didn't get the "release" he needed during the sexual assault.

7. According to both D.W. and Antonio Alphonse Garcia this all happened at 6392 E. Broadway Road, Apartment 1, Mount Pleasant, Michigan which Affiant knows to be a federal recognized Indian reservation located on the Isabella Reservation.

8. Based on the above-described information, there is probable cause to believe that on or around January 27, 2026, Antonio Alphonse Garcia committed sexual abuse and kidnapping against D.W., in violation of 18 U.S.C. §§ 2242(2), 1151 and 1153 and in violation of 18 U.S.C. §§ 1201(a)(2), 1151, and 1153.

_____
S/A Anthony Kraudelt, FBI

Sworn to before me and signed in my presence, and/or by reliable electronic means, on this  28th  day of January 28, 2026.

_____
HON. CURTIS IVY JR.
United States Magistrate Judge